# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DOUGLAS MILLWRIGHT COMPANY, INC. § Case No. 12-25577-BWB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/22/2013 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/18/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                      Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DOUGLAS MILLWRIGHT COMPANY, INC.    §    Case No. 12-25577-BWB
                                            §
                                            §
Debtor(s)                                   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*            $   20,494.92

*and approved disbursements of*                 $        489.18

*leaving a balance on hand of* [1]              $   20,005.74

**Balance on hand:**                            $   20,005.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Dept of Employment Security | 17,866.87 | 17,866.87 | 0.00 | 5,449.15 |
| 2S-2 | Internal Revenue Service | 23,718.59 | 23,718.59 | 0.00 | 7,233.85 |

Total to be paid to secured creditors:    $   12,683.00
Remaining balance:                        $    7,322.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,799.49 | 0.00 | 2,799.49 |
| Accountant for Trustee, Fees - Alan D. Lasko | 4,475.04 | 0.00 | 4,475.04 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 48.21 | 0.00 | 48.21 |

Total to be paid for chapter 7 administration expenses:    $    7,322.74
Remaining balance:                                         $        0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 12-25577   Doc 29   Filed 10/22/13   Entered 10/24/13 23:49:52   Desc Imaged
Certificate of Notice   Page 4 of 7

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $      0.00
    Remaining balance:  $      0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $109,793.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Dept of Employment Security | 6,807.24 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 102,986.07 | 0.00 | 0.00 |

    Total to be paid for priority claims:  $      0.00
    Remaining balance:  $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 775,453.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Dept of Employment Security | 250.00 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 622,368.13 | 0.00 | 0.00 |
| 3 | Northern Illinois Steel | 150,251.28 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 2,584.08 | 0.00 | 0.00 |

    Total to be paid for timely general unsecured claims:  $      0.00
    Remaining balance:  $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Douglas Millwrigt Company, Inc.  
      Debtor

Case No. 12-25577-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1       User: wepps      Page 1 of 2      Date Rcvd: Oct 22, 2013  
                        Form ID: pdf006      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2013.
```
db            +Douglas Millwrigt Company, Inc.,    2000 Island Drive,    Morris, IL 60450-9611
19079195       American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
19337301       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19079198      +Biehl & Biehl, Inc.,    325 E. Fullerton Avenue,    Carol Stream, IL 60188-1865
19079202       Centrue Bank,    P.O. Box 6353,    Fargo, ND 58126-6353
19079203      +Chicago Regional Council of,    Carpenters,    12 E Erie Street,    Chicago, IL 60611-2767
19079204      +Citibusiness Card,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
19079205      +Erie Insurance,    100 Erie Insurance Place,    Erie, PA 16530-9000
19079207      +Heavner, Scott, Beyers & Mihlar, LL,    P.O. Box 740,    111 East Main Street - Suite 200,
                 Decatur, IL 62523-1204
19235153      +Illinois Dept of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
                 Chicago, Il 60603-2808,    Attn. Amelia Yabes
19079208      +Illinois Dept. of Employment Securi,    Benefit Repayments,    P.O. Box 19286,
                 Springfield, IL 62794-9286
19079209      +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
19079210      +Integrity Financial Partners, Inc.,    4370 W. 109th Street, Suite 100,    Leawood, KS 66211-1316
19079212      +Jameson Sheet Metal,    23824 Industrial Drive,    Plainfield, IL 60585-8567
19079213       McMaster Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
19079214       Northern Illinois Steel,    P.O. Box 2146,    Joliet, IL 60434-2146
19079215      +RMS,    1250 E. Diehl Road Suite 300,    Naperville, IL 60563-9388
19079216      +The Borland Law Firm LLC,    P.O. Box 671136,    Marietta, GA 30066-0136
19079218     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 5229,    Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19079196      +E-mail/Text: g17768@att.com Oct 23 2013 00:47:10     AT&T,    Bill Payment Center,
                 Saginaw, MI 48663-0001
19079199      +E-mail/Text: melanie.barickman@centrue.com Oct 23 2013 00:49:30     Centrue Bank,    201 East Main,
                 Streator, IL 61364-2950
19079206      +E-mail/Text: bkynotice@harvardcollect.com Oct 23 2013 00:49:36
                 Harvard Collection Services, Inc.,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
19079211      +E-mail/Text: cio.bncmail@irs.gov Oct 23 2013 00:47:24     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
19079217      +E-mail/Text: bnc@ursi.com Oct 23 2013 00:47:12     United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          William J. Factor, Ltd.
19079201     Centrue Bank,    see above) (continuation of,    collaterization agreement)
19079200     Centrue Bank,    continuation of collaterization,    agreement)
19079197    ##Bank of America,    P.O. Box 15028,    Wilmington, DE 19850-5028
                                                                                 TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2013                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Oct 22, 2013
                              Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2013 at the address(es) listed below:

        David E Grochocinski   dgrochocinski@innovalaw.com, deg@trustesolutions.net
        John C Renzi   on behalf of Debtor   Douglas Millwrigt Company, Inc. jcrenzi@jprlaw.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Thomas B Sullivan   tsullivan@wfactorlaw.com, IL19@ecfcbis.com

        TOTAL: 4