**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DOUGLAS MILLWRIGHT COMPANY, INC.   §   Case No. 12-25577-BWB
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $32,025.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $12,683.00 | Claims Discharged Without Payment: $885,246.80 |
| Total Expenses of Administration: $7,811.92 | |

3) Total gross receipts of $ 20,494.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,494.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $41,585.46 | $41,585.46 | $12,683.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 7,811.92 | 7,811.92 | 7,811.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 109,793.31 | 109,793.31 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 775,453.49 | 775,453.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $934,644.18 | $934,644.18 | $20,494.92 |

4) This case was originally filed under Chapter 7 on June 26, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2014         By: /s/THOMAS B. SULLIVAN, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING TRUST ACCOUNT | 1110-000 | 20,494.92 |
| **TOTAL GROSS RECEIPTS** | | **$20,494.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Dept of Employment Security | 4700-000 | N/A | 17,866.87 | 17,866.87 | 5,449.15 |
| 2S-2 | Internal Revenue Service | 4300-000 | N/A | 23,718.59 | 23,718.59 | 7,233.85 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$41,585.46** | **$41,585.46** | **$12,683.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,799.49 | 2,799.49 | 2,799.49 |
| Alan D. Lasko | 3410-000 | N/A | 4,475.04 | 4,475.04 | 4,475.04 |
| Alan D. Lasko | 3420-000 | N/A | 48.21 | 48.21 | 48.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 43.34 | 43.34 | 43.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.95 | 45.95 | 45.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.68 | 41.68 | 41.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.21 | 40.21 | 40.21 |
| Rabobank, N.A. | 2600-000 | N/A | 31.07 | 31.07 | 31.07 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 19.34 | 19.34 | 19.34 |
| Rabobank, N.A. | 2600-000 | N/A | 27.14 | 27.14 | 27.14 |
| Rabobank, N.A. | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |
| Rabobank, N.A. | 2600-000 | N/A | 30.91 | 30.91 | 30.91 |
| Rabobank, N.A. | 2600-000 | N/A | 29.90 | 29.90 | 29.90 |
| Rabobank, N.A. | 2600-000 | N/A | 26.97 | 26.97 | 26.97 |
| Rabobank, N.A. | 2600-000 | N/A | 31.74 | 31.74 | 31.74 |
| Rabobank, N.A. | 2600-000 | N/A | 28.81 | 28.81 | 28.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,811.92 | $7,811.92 | $7,811.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept of Employment Security | 5800-000 | N/A | 6,807.24 | 6,807.24 | 0.00 |
| 2P-2 | Internal Revenue Service | 5800-000 | N/A | 102,986.07 | 102,986.07 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $109,793.31 | $109,793.31 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept of Employment Security | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 622,368.13 | 622,368.13 | 0.00 |
| 3 | Northern Illinois Steel | 7100-000 | N/A | 150,251.28 | 150,251.28 | 0.00 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 2,584.08 | 2,584.08 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $775,453.49 | $775,453.49 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-25577-BWB  
**Case Name:** DOUGLAS MILLWRIGHT COMPANY, INC.  
**Period Ending:** 01/09/14

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/26/12 (f)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 10/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/TRUST ACCOUNT | 22,999.92 | 20,494.92 | | 20,494.92 | FA |
| 3 | A/R | 25,000.00 | 0.00 | | 0.00 | FA |
| 4 | CUSTOMER LIST | 25.00 | 0.00 | | 0.00 | FA |
| 5 | 200 DODGE RAM 1500 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | INTERNATIONAL LOADER | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | INVENTORY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Assets  Totals (Excluding unknown values) | $55,024.92 | $20,494.92 | | $20,494.92 | $0.00 |

**Major Activities Affecting Case Closing:**

FUNDS TURNED OVER BUT AWAITING INFORMATION OF LOCATION OF EQUIPMENT TO LIQUIDATE; FINAL CHECKS SENT ON NOVEMBER 26, 2013; AWAITING CLEARANCE OF SAME TO CLOSE CASE; TDR SENT TO US TEE'S OFFICE ON JANUARY 10, 2014; AWAITING APPROVAL OF SAME AND CLOSURE OF CASE

**Initial Projected Date Of Final Report (TFR):** December 31, 2014         **Current Projected Date Of Final Report (TFR):** October 18, 2013 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 12-25577-BWB  
Case Name: DOUGLAS MILLWRIGHT COMPANY, INC.  
Taxpayer ID #: **-***6820  
Period Ending: 01/09/14  

Trustee: THOMAS B. SULLIVAN, TRUSTEE (330180)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******87-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/12 | {2} | JUNE PRODEHL & RENZI LAW OFC | TURNOVER OF FUNDS HELD IN TRUST ACCOUNT | 1110-000 | 20,494.92 | | 20,494.92 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,469.92 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.34 | 20,426.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 20,387.52 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.95 | 20,341.57 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.68 | 20,299.89 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.21 | 20,259.68 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 20,259.68 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 20,494.92 | 20,494.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 20,259.68 | |
| Subtotal | 20,494.92 | 235.24 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $20,494.92 | $235.24 | |

{} Asset reference(s)

Printed: 01/09/2014 02:44 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

Case Number: 12-25577-BWB
Case Name: DOUGLAS MILLWRIGHT COMPANY, INC.

Taxpayer ID #: **-***6820
Period Ending: 01/09/14

Trustee: THOMAS B. SULLIVAN, TRUSTEE (330180)
Bank Name: Rabobank, N.A.
Account: ****691566 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,259.68 | | 20,259.68 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.07 | 20,228.61 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 19.34 | 20,209.27 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -19.34 | 20,228.61 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, bond#016026455 | 2300-000 | | 19.34 | 20,209.27 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.14 | 20,182.13 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 20,154.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.91 | 20,123.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.90 | 20,093.26 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.97 | 20,066.29 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.74 | 20,034.55 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 20,005.74 |
| 11/26/13 | 10103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,799.49, Trustee Compensation; Reference: | 2100-000 | | 2,799.49 | 17,206.25 |
| 11/26/13 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $4,475.04, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,475.04 | 12,731.21 |
| 11/26/13 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $48.21, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 48.21 | 12,683.00 |
| 11/26/13 | 10106 | Illinois Dept of Employment Security | Dividend paid 30.49% on $17,866.87; Claim# 1S; Filed: $17,866.87; Reference: | 4700-000 | | 5,449.15 | 7,233.85 |
| 11/26/13 | 10107 | Internal Revenue Service | Dividend paid 30.49% on $23,718.59; Claim# 2S-2; Filed: $23,718.59; Reference: | 4300-000 | | 7,233.85 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,259.68 | 20,259.68 | $0.00 |
| | | | Less: Bank Transfers | | 20,259.68 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,259.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $20,259.68 | |

{} Asset reference(s)

Printed: 01/09/2014 02:44 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

Case Number: 12-25577-BWB
Case Name: DOUGLAS MILLWRIGHT COMPANY, INC.

Taxpayer ID #: **-***6820
Period Ending: 01/09/14

Trustee: THOMAS B. SULLIVAN, TRUSTEE (330180)
Bank Name: Rabobank, N.A.
Account: ****691566 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******87-66 | 20,494.92 | 235.24 | 0.00 |
| Checking # ****691566 | 0.00 | 20,259.68 | 0.00 |
|  | $20,494.92 | $20,494.92 | $0.00 |

January 9, 2014
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE

THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 01/09/2014 02:44 PM    V.13.13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Period Covered:
December 01, 2013 - December 31, 2013
Page 1 of 4

Thomas B Sullivan
105 W. Madison Street Suite 1500
Chicago IL 60602

| | |
|---|---:|
| Case Number: | 12-25577 |
| Case Name: | DOUGLAS MILLWRIGHT COMPANY, INC. Debtor |
| Trustee Number: | 0000330180 |
| Trustee Name: | Thomas B Sullivan Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---:|---:|
| Checking Account | | | | |
|   TRUSTEE CHECKING | 5002691566 | | $20,005.74 | $0.00 |
| Total | | | $20,005.74 | $0.00 |

## Notable Information For You...

Starting February 1, 2014, the new Bank forms will be required by Rabobank, N.A. These forms will be made available to all BMS clients in the next releases of CaseLink Office, CaseLink Web and TrustWorks available in January 2014.

In addition, Outgoing Wire verifications will begin to be conducted by Rabobank staff instead of the BMS Banking Center. All BMS software users must set up and/or update their challenge questions within each BMS software used by February 1, 2014 to be in compliance with the Rabobank Wire Verification policy and to avoid delays with wires.



Rabobank, N.A. • Member FDIC
www.rabobankamerica.com
rev 10-13

**Rabobank**
Rabobank, N.A.
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5002691566

Period Covered:
December 01, 2013 – December 31, 2013
Page 2 of 4

Thomas B Sullivan
105 W. Madison Street Suite 1500
Chicago IL 60602

| | |
|---|---|
| Case Number: | 12-25577 |
| Case Name: | DOUGLAS MILLWRIGHT COMPANY, INC. Debtor |
| Trustee Number: | 0000330180 |
| Trustee Name: | Thomas B Sullivan Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5002691566 | **Beginning balance** | $20,005.74 |
| Enclosures | 5 | Total additions | $0.00 |
| Avg collected balance | $3,282.00 | Total subtractions | $20,005.74 |
| | | **Ending balance** | $0.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10103 | 12-04 | 2,799.49 | 10106 | 12-10 | 5,449.15 |
| 10104 | 12-06 | 4,475.04 | 10107 | 12-04 | 7,233.85 |
| 10105 | 12-06 | 48.21 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 20,005.74 | 12-06 | 5,449.15 | | |
| 12-04 | 9,972.40 | 12-10 | 0.00 | | |

www.rabobankamerica.com
3154   rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5002691566
Statement Date: December 31, 2013
Page: 3 of 4


12/04/2013 10103 $2,799.49


12/04/2013 10103 $2,799.49


12/06/2013 10104 $4,475.04


12/06/2013 10104 $4,475.04


12/06/2013 10105 $48.21


12/06/2013 10105 $48.21


12/10/2013 10106 $5,449.15


12/10/2013 10106 $5,449.15

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5002691566
Statement Date: December 31, 2013
Page: 4 of 4

| Check image | |
|---|---|
| 12/04/2013   10107   $7,233.85 | 12/04/2013   10107   $7,233.85 |

Check details (left): Rabobank, N.A., Case 12-25577 BWB, Debtor: DOUGLAS MILLWRIGHT COMPANY, INC., 5002691566, Dividend paid 30.40% on $23,718.59; Claim# 25-2; Filed: $23,718.59; Reference: —, Check #10107, VOID AFTER 90 DAYS, THOMAS B. SULLIVAN, TRUSTEE, 105 W. Madison Street, Suite 1300, Chicago IL 60602, Date 11/26/2013, $*******7,233.85, ----Seven Thousand Two Hundred Thirty-three Dollars and 85/100, Pay to the Order of: Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-0424, signed THOMAS B. SULLIVAN, TRUSTEE

Check endorsement (right): FRB CLEVELAND, 0410-3603-3, US Treas DG - OTCNET, 12/03/2013

www.rabobankamerica.com
3154  rev 01-13

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-25577-BWB
Case Name: DOUGLAS MILLWRIGHT COMPANY, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**  $   20,005.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Dept of Employment Security | 17,866.87 | 17,866.87 | 0.00 | 5,449.15 |
| 2S-2 | Internal Revenue Service | 23,718.59 | 23,718.59 | 0.00 | 7,233.85 |

Total to be paid to secured creditors:   $   12,683.00
Remaining balance:   $   7,322.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,799.49 | 0.00 | 2,799.49 |
| Accountant for Trustee, Fees - Alan D. Lasko | 4,475.04 | 0.00 | 4,475.04 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 48.21 | 0.00 | 48.21 |

Total to be paid for chapter 7 administration expenses:   $   7,322.74
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $109,793.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Illinois Dept of Employment Security | 6,807.24 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 102,986.07 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 775,453.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Dept of Employment Security | 250.00 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 622,368.13 | 0.00 | 0.00 |
| 3 | Northern Illinois Steel | 150,251.28 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 2,584.08 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**