# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DOUGLAS MILLWRIGHT COMPANY, INC.  §  Case No. 12-25577-BWB

§

§

Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $32,025.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants:$12,683.00

Claims Discharged
Without Payment: $885,246.80

Total Expenses of Administration:$7,811.92

3)  Total gross receipts of $    20,494.92    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of  $20,494.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $41,585.46 | $41,585.46 | $12,683.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,811.92 | 7,811.92 | 7,811.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 109,793.31 | 109,793.31 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 775,453.49 | 775,453.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $934,644.18 | $934,644.18 | $20,494.92 |

4)  This case was originally filed under Chapter 7 on June 26, 2012. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING/TRUST ACCOUNT | 1110-000 | 20,494.92 |
| **TOTAL GROSS RECEIPTS** | | **$20,494.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Dept of Employment Security | 4700-000 | N/A | 17,866.87 | 17,866.87 | 5,449.15 |
| 2S-2 | Internal Revenue Service | 4300-000 | N/A | 23,718.59 | 23,718.59 | 7,233.85 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$41,585.46** | **$41,585.46** | **$12,683.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,799.49 | 2,799.49 | 2,799.49 |
| Alan D. Lasko | 3410-000 | N/A | 4,475.04 | 4,475.04 | 4,475.04 |
| Alan D. Lasko | 3420-000 | N/A | 48.21 | 48.21 | 48.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 43.34 | 43.34 | 43.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.95 | 45.95 | 45.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.68 | 41.68 | 41.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.21 | 40.21 | 40.21 |
| Rabobank, N.A. | 2600-000 | N/A | 31.07 | 31.07 | 31.07 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 19.34 | 19.34 | 19.34 |
| Rabobank, N.A. | 2600-000 | N/A | 27.14 | 27.14 | 27.14 |
| Rabobank, N.A. | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |
| Rabobank, N.A. | 2600-000 | N/A | 30.91 | 30.91 | 30.91 |
| Rabobank, N.A. | 2600-000 | N/A | 29.90 | 29.90 | 29.90 |
| Rabobank, N.A. | 2600-000 | N/A | 26.97 | 26.97 | 26.97 |
| Rabobank, N.A. | 2600-000 | N/A | 31.74 | 31.74 | 31.74 |
| Rabobank, N.A. | 2600-000 | N/A | 28.81 | 28.81 | 28.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,811.92** | **$7,811.92** | **$7,811.92** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept of Employment Security | 5800-000 | N/A | 6,807.24 | 6,807.24 | 0.00 |
| 2P-2 | Internal Revenue Service | 5800-000 | N/A | 102,986.07 | 102,986.07 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$109,793.31** | **$109,793.31** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept of Employment Security | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 622,368.13 | 622,368.13 | 0.00 |
| 3 | Northern Illinois Steel | 7100-000 | N/A | 150,251.28 | 150,251.28 | 0.00 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 2,584.08 | 2,584.08 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $775,453.49 | $775,453.49 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-25577-BWB

**Case Name:** DOUGLAS MILLWRIGHT COMPANY, INC.

**Period Ending:** 04/15/14

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE

**Filed (f) or Converted (c):** 06/26/12 (f)

**§341(a) Meeting Date:** 07/19/12

**Claims Bar Date:** 10/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/TRUST ACCOUNT | 22,999.92 | 20,494.92 | | 20,494.92 | FA |
| 3 | A/R | 25,000.00 | 0.00 | | 0.00 | FA |
| 4 | CUSTOMER LIST | 25.00 | 0.00 | | 0.00 | FA |
| 5 | 200 DODGE RAM 1500 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | INTERNATIONAL LOADER | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | INVENTORY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets**   **Totals** (Excluding unknown values) | **$55,024.92** | **$20,494.92** | | **$20,494.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

FUNDS TURNED OVER BUT AWAITING INFORMATION OF LOCATION OF EQUIPMENT TO LIQUIDATE;FINAL CHECKS SENT ON NOVEMBER 26, 2013;
AWAITING CLEARANCE OF SAME TO CLOSE CASE; TDR SENT TO US TEE'S OFFICE ON JANUARY 10, 2014; AWAITING APPROVAL OF SAME AND
CLOSURE OF CASE

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014      **Current Projected Date Of Final Report (TFR):**     October 18, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-25577-BWB | |
| **Case Name:** | DOUGLAS MILLWRIGHT COMPANY, INC. | |
| **Taxpayer ID #:** | **-***6820 | |
| **Period Ending:** | 04/15/14 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******87-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00　(per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/12 | {2} | JUNE PRODEHL & RENZI LAW OFC | TURNOVER OF FUNDS HELD IN TRUST ACCOUNT | 1110-000 | 20,494.92 | | 20,494.92 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,469.92 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.34 | 20,426.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 20,387.52 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.95 | 20,341.57 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.68 | 20,299.89 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.21 | 20,259.68 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 20,259.68 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 20,494.92 | 20,494.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 20,259.68 | |
| **Subtotal** | **20,494.92** | **235.24** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,494.92** | **$235.24** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-25577-BWB
**Case Name:** DOUGLAS MILLWRIGHT COMPANY, INC.

**Taxpayer ID #:** **-***6820
**Period Ending:** 04/15/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****691566 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,259.68 | | 20,259.68 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.07 | 20,228.61 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 19.34 | 20,209.27 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -19.34 | 20,228.61 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-25577, bond#016026455 | 2300-000 | | 19.34 | 20,209.27 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.14 | 20,182.13 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 20,154.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.91 | 20,123.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.90 | 20,093.26 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.97 | 20,066.29 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.74 | 20,034.55 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 20,005.74 |
| 11/26/13 | 10103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,799.49, Trustee Compensation;  Reference: | 2100-000 | | 2,799.49 | 17,206.25 |
| 11/26/13 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $4,475.04, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,475.04 | 12,731.21 |
| 11/26/13 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $48.21, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 48.21 | 12,683.00 |
| 11/26/13 | 10106 | Illinois Dept of Employment Security | Dividend paid  30.49% on $17,866.87; Claim# 1S; Filed: $17,866.87; Reference: | 4700-000 | | 5,449.15 | 7,233.85 |
| 11/26/13 | 10107 | Internal Revenue Service | Dividend paid  30.49% on $23,718.59; Claim# 2S-2; Filed: $23,718.59; Reference: | 4300-000 | | 7,233.85 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 20,259.68 | 20,259.68 | $0.00 |
| | | Less: Bank Transfers | | | 20,259.68 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **20,259.68** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$20,259.68** | |

{} Asset reference(s)

Printed: 04/15/2014 09:26 AM    V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-25577-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DOUGLAS MILLWRIGHT COMPANY, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****691566 - Checking Account |
| **Taxpayer ID #:** **-***6820 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/15/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******87-66** | 20,494.92 | 235.24 | 0.00 |
| **Checking # ****691566** | 0.00 | 20,259.68 | 0.00 |
| | $20,494.92 | $20,494.92 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2014 09:26 AM    V.13.14